Pinki Singh
731 Timberline Way S
Madera, California 93636
pinkiseth1979@gmail.com

(559) 548-3524

Plaintiff In *Pro Se*

FILED
SEP 26 2025
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| PINKI SINGH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUNVIR JOHAL, et al.,<br><br>　　　　Defendants. | Case No.: 1:25-CV-00830-SAB<br><br>NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT<br><br>Date　　　: October 29, 2025<br>Time　　　: 10:00 a.m.<br>Courtroom : 9, 6th Floor |

　　Please take notice that on October 29, 2025, at 10:00 am, in Courtoom 9, Plaintiff will move for an order authorizing her filing of a First Amended Complaint.

　　This motion will be based on this notice, the accompanying declaration and points and authorities in support of it, and all oral or documentary evidence to be submitted at its hearing.

　　　　　　　　　　　　　　　　　September 26, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Pinki Singh, Plaintiff In *Pro Se*

Pinki Singh
731 Timberline Way S
Madera, California 93636
pinkiseth1979@gmail.com

(559) 548-3524

Plaintiff In *Pro Se*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| PINKI SINGH,<br><br>   Plaintiff,<br><br>v.<br><br>SUNVIR JOHAL, et al.,<br><br>   Defendants. | Case No.: 1:25-CV-00830-SAB<br><br>POINTS AND AUTHORITES FOR MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT<br><br>Date      : October 29, 2025<br>Time      : 10:00 am<br>Courtroom : 9, 6th Floor |

STATEMENT OF FACTS

Plaintiff filed this action on July 9, 2025, unaware that the Defendant's actions were tied to their actions in *Singh v. Frutos*, 1:25-CV-00830-SAB for the arbitrary without notice closure of her business based on fabricated building code violations which she has dismissed to, by the proposed first amended complaint (FAC), in good faith consolidate its allegations and defendants in this case and to further name three additional defendants based on facts that occurred after July 9, 2025. (Plaintiff's dcl. in support hereof, ¶¶1 & 4).

Defendants County of Madera, Daniel Lutz, and Michael Murphy, who answered July 31, 2025, agreed to stipulate the filing of a FAC. (*Id.*, ¶ 1 & 3). Defendant Jasbir Kaur who answered August 25, 2025, has not stipulated to it. (*Id.*, ¶ 4). This case has been pending 2½ months and Kaur's answer 3 weeks. There is thus no undue delay. Nor is there any prejudice to any of the existing defendants because the FAC only adds conspiracy and aiding and abetting theories of liability and three additional defendants based on facts that occurred after July 9, 2025. (*Id.*, ¶ 1). The amendment does not affect the defendants at all and in no way concerns Jasbir Kaur. (*Id.*, ¶¶ 1, 3, & 4). This Court has not issued a scheduling order.

## ARGUMENT

Because there's no undue delay, bad faith, or prejudice to the defendants in the filing of the FAC 80 days after its filing, and only weeks after some of the defendants have answered, and no scheduling order has been issued, the liberal amendment policy of FRCP 15(a) govern and justify it. As the United States Supreme Court said 75 years ago:

> [i]n the absence of any apparent or declared reason – such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. – the leave sought should, as the rules require, be "freely given."

*Foman v. Davis*, 371 U.S. 178, 182 (1962).

## CONCLUSION

This motion should therefore be granted.

September 26, 2025

Pinki Singh, Plaintiff In *Pro Se*

PA'S FOR LEAVE TO FILE A FAC

2

CERTIFICATE OF SERVICE

I certify that on September 26, 2025, I deposited in the United States mail service a copy of the foregoing with a motion for leave to file a FAC and a supporting declaration, in a sealed envelope, first class postage fully prepaid, addressed to:

Regina A. Garza
& Wiley R. Driskill
LOZANO & SMITH,
7404 N. Spalding Avenue
Fresno, CA 93720-3370
rgarza@lozanosmith.com
wdriskill@lozanosmith.com

Ravdeep S. Grewal
181 E. Santa Clara St. Unit 1516
San Jose, California 95113
grewal.ravdeep@gmail.com

and also emailed courtesy copies as indicated above.

I declare under penalty of perjury that the foregoing is true and correct.

Pinki Singh, Declarant (09/26/2025)

Pinki Singh
731 Timberline Way S
Madera, California 93636
pinkiseth1979@gmail.com

(559) 548-3524

Plaintiff In *Pro Se*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| PINKI SINGH,<br><br>Plaintiff,<br><br>v.<br><br>SUNVIR JOHAL, et al.,<br><br>Defendants. | Case No.: 1:25-CV-00830-SAB<br><br>PLAINTIFF'S DECLARATION FOR MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT<br><br>Date     : October 29, 2025<br>Time     : 10:00 am<br>Courtroom : 9, 6th Floor |

I, Pinki Singh, hereby declare:

1. Before I knew that Defendant Jasbir Kaur had answered, I reached an agreement with counsel for Defendants Madera County, Daniel Lutz, and Michael Murphy, to dismiss *Singh v. Johal*, 1:25-CV-00830-SAB, a related case that also names said defendants, and to, in good faith, consolidate its allegations and defendants into this case in a First Amended Complaint (FAC) further naming three additional defendants whose liability-basis facts arose after the complaint in this case was filed.

2. I did not know that for both those actions I needed stipulations and therefore in good faith filed my request for dismissal in *Singh v. Johal*, 1:25-CV-00830-SAB on September 17, 2025, that has now been ordered dismissed without prejudice.

3. Counsel for the Madera County defendants is willing to sign a stipulation for my filing of the FAC consistent withou our agreement, but although the FAC has nothing to do with Defendant Jasbir Kaur, counsel for Mr. Kaur refuses to take a position, or to state the basis of his refusal to stipulate, absent a meet and confer conferenc.

4. I find nothing in the Code of Civil Procedure or Local Rules of this Court that requires that I meet and confer with counsel before I file this motion which in any event I believe would be futile in that it does not affect, concern, nor prejudices Defendant Jasbir Kaur.

5. To avoid a claim of undue delay and to further avoid filing a new action to diligently protect my rights in the *Singh v. Johal* dismissed case, I respectfully request leave of this Court to file my proposed **attached FAC**.

I declare under penalty of perjury that the foregoing is true and correct.

September 26, 2025

_____
Pinki Singh, Declarant