# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINKI SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>SUNVIR JOHAL, *individually and as Environment, Health & Safety Mgr. for County of Madera*, et al.,<br><br>    Defendants. | Case No. 1:25-cv-00830-KES-SAB<br><br>ORDER VACATING DECEMBER 17, 2025 HEARING ON MOTION TO DISMISS AND JANUARY 14, 2026 HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>(ECF No. 16, 18) |

Plaintiff, who is proceeding *pro se*, commenced this action on July 9, 2025. (ECF No. 1.) Pursuant to the operative complaint, Plaintiff brings claims arising from allegations that certain defendants threatened to shut down Plaintiff's supermarket. (ECF No. 12.) On November 17, 2025, Defendants Dean Murphy, Esti Barak, and Lemoore Rangel filed a motion to dismiss. (ECF No. 16.) On November 25, 2025, Defendants County of Madera, Daniel Lutz, Michale Murphy, and Manuel Frutos filed a motion for judgment on the pleadings. (ECF No. 18.) On December 1, 2025, Plaintiff filed an opposition to the motion to dismiss. (ECF No. 19.)

The Court has reviewed the motion to dismiss and the motion for judgment on the pleadings, and the Court has determined that both motions are suitable for disposition without a hearing. Once the briefing is completed for both motions, the Court will take them under submission and issue its ruling on both in due course. Thus, the Court will vacate the hearings

associated with the motions.

For the parties' benefit, the Court will outline the briefing deadlines that remain. Plaintiff's opposition to the motion for judgment on the pleadings shall be due by **December 9, 2025**. Defendants' reply to Plaintiff's opposition to the motion to dismiss shall be due by **December 12, 2025**. Should Plaintiff file an opposition to the motion for judgment on the pleadings, Defendants' reply thereto shall be due in accordance with Local Rule 230(d).

IT IS HEREBY ORDERED that following completion of the briefing on the motion to dismiss and motion for judgment on the pleadings, the Court will take the motions under submission and issue a ruling in due course. Accordingly, the hearings set for December 17, 2025, and January 14, 2026, are VACATED, and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:   **December 3, 2025**

STANLEY A. BOONE
United States Magistrate Judge