# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINKI SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>SUNVIR JOHAL, et al.,<br><br>    Defendants. | Case No. 1:25-cv-00830-SAB<br><br>ORDER VACATING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 24) |

Plaintiff, who is proceeding *pro se*, commenced this action on July 9, 2025. (ECF No. 1.) The initial scheduling conference is currently set for June 25, 2026. (ECF No. 24.) Following the briefing of a motion to dismiss and a motion for judgment on the pleadings (ECF Nos. 16, 18), the Court vacated the hearing on those motions and took them under submission. (ECF No. 20.)

This matter was assigned pursuant to Local Rule, Appendix A(k)(1). Therefore, this action has been directly assigned to a Magistrate Judge only. At this time, not all parties have appeared or filed consent or declination of consent forms in this action. Pursuant to 28 U.S.C. § 636(b)(1)(B), Local Rule 302(c)(17), and Local Rule Appendix A, subsection (k), the Court will be required to issue findings and recommendations on the pending motions before having this case reassigned to a district judge. Thereafter, the assigned district judge will consider whether to adopt, modify, or decline the Court's findings and recommendations.

The Court finds that under the circumstances of this case, vacating the initial scheduling conference is warranted.  Accordingly, the Court VACATES the June 25, 2026 initial scheduling conference.

Following the decision of the assigned district judge on whether to adopt, modify, or decline the Court's forthcoming findings and recommendations, the Court will, if appropriate, reset the initial scheduling conference.

IT IS SO ORDERED.

Dated:    **May 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2