# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINKI SINGH,<br>Plaintiff,<br>v.<br>SUNVIR JOHAL, et al.,<br>Defendants. | Case No. 1:25-cv-00830-KES-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION TO DISMISS AND MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>(Docs. 16, 18, 27). |

Plaintiff Pinki Singh, who is proceeding *pro se*, commenced this action on July 9, 2025. (Doc. 1.) On November 17, 2025, Defendants Dean Murphy, Esti Barak, and Lemoore Rangel filed a motion to dismiss. (Doc. 16.) On November 25, 2025, Defendants County of Madera, Daniel Lutz, Michael Murphy, and Manuel Frutos filed a motion for judgment on the pleadings. (Doc. 18.) The assigned magistrate judge issued findings and recommendations on August 17, 2026, recommending that both motions be granted. (Doc. 27.) The findings and recommendations provided Plaintiff fourteen days to file any objections. (*Id.*) That deadline has passed, and Plaintiff has failed to file objections.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this matter. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/ / /

Accordingly, the Court ORDERS:

1. The findings and recommendations (Doc. 27) filed August 17, 2026, are ADOPTED in full.
2. The motion to dismiss (Doc. 16) and the motion for judgment on the pleadings (Doc. 18) are GRANTED, without leave for plaintiff to amend the complaint.
3. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: September 13, 2026

UNITED STATES DISTRICT JUDGE