# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PINKI SINGH,

Plaintiff,

v.

SUNVIR JOHAL, et al.,

Defendants.

Case No. 1:25-cv-00830-KES-SAB

ORDER NOTIFYING PLAINTIFF TIME TO COMPLETE SERVICE HAS EXPIRED UNDER FED. R. CIV. P. 4(m) AND DIRECTING PLAINTIFF TO DEMONSTRATE GOOD CAUSE FOR AN EXTENSION

**DEADLINE: September 30, 2026**

As relevant here, on October 15, 2025, Plaintiff, who is proceeding *pro se*, filed her first amended complaint. (ECF No. 12.) On November 17, 2025, Defendants Dean Murphy, Esti Barak, and Lemoore Rangle moved to dismiss, and on November 25, 2025, Defendants County of Madera, Daniel Lutz, Michael Murphy, and Manuel Frutos moved for judgment on the pleadings. (ECF Nos. 16, 18.) The Court issued findings and recommendations recommending that the motions be granted, which the assigned District Judge adopted in full. (ECF No. 28.) With these Defendants dismissed, there remains Defendants Sunvir Johal, Aron Johal, and Grewal Pritam, who have not appeared, as well as Kaur Jasbir, who has answered. (ECF No. 6.)

For Plaintiff's benefit, the Court notes that Federal Rule of Civil Procedure 4(m) sets a time limit of 90 days for service of a complaint:

> TIME LIMIT FOR SERVICE. If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without

> prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

Pursuant to Rule 4(m), Plaintiff's first amended complaint was due to be served by January 13, 2026. As of the date of this order, Defendants Sunvir Johal, Aron Johal, and Grewal Pritam have not appeared nor has proof of service documents been filed by Plaintiff as to these defendants.

Accordingly, Plaintiff is HEREBY NOTIFIED that the time to effectuate service has expired. Plaintiff shall have through **September 30, 2026**, to "show[] good cause for the failure" and move for an extension of service as to Defendants Sunvir Johal, Aron Johal and Grewal Pritam. Fed. R. Civ. P. 4(m). Plaintiff should address her service efforts.

**Failure to comply with this order will result in a recommendation that this matter be dismissed as to Defendants Sunvir Johal, Aron Johal, and Grewal Pritam without prejudice for failure to timely effectuate service of the first amended complaint.** Fed. R. Civ. P. 4(m).

Finally, the Court DIRECTS the Clerk of the Court to terminate Defendants Dean Murphy, Esti Barak, Lemoore Rangle, County of Madera, Daniel Lutz, Michael Murphy, and Manuel Frutos, pursuant to the District Judge's order adopting findings and recommendations and granting the motions to dismiss and judgment on the pleadings. (ECF No. 28.)

IT IS SO ORDERED.

Dated: **September 15, 2026**

STANLEY A. BOONE
United States Magistrate Judge