# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PINKI SINGH,

Plaintiff,

v.

SUNVIR JOHAL, et al.,

Defendants.

Case No. 1:25-cv-00830-KES-SAB

ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED

(ECF No. 29)

**FOURTEEN-DAY DEADLINE**

Plaintiff is proceeding *pro se* in this 42 U.S.C. § 1983 action. As relevant here, on September 16, 2026, the Court observed that Defendants Sunvir Johal, Aron Johal, and Grewal Pritam have not appeared and proof of service documents had not been filed by Plaintiff as to these defendants. The Court notified Plaintiff that the time to effectuate service under the Federal Rules of Civil Procedure 4(m) had expired and ordered Plaintiff to show good cause, within fourteen days, for the failure to effectuate service as to these Defendants. (ECF No. 29.) Plaintiff failed to timely file a response to the Court's order to show cause. Therefore, Plaintiff shall be ordered to show cause in writing why the action should not be dismissed for failure to prosecute and failure to comply with a court order.

Accordingly, it is HEREBY ORDERED that:

1. Within **fourteen (14) days** from the date of service of this order Plaintiff shall show cause why the action should not be dismissed; and

2. **<u>Failure to comply with this order will result in a recommendation to dismiss this action for failure to prosecute and/or failure to comply with a court order.</u>**

IT IS SO ORDERED.

Dated: **October 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge